IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Board of Trustees of the Ohio Laborers Fringe Benefit Programs,

    Plaintiff

  v.

Cleveland Industrial Concrete Floors, Inc.,

    Defendant

: Civil Action 2:13-cv-00403

: Judge Graham

: Magistrate Judge Abel

## ORDER

Plaintiffs' July 16, 2013 motion for an order accelerating and compelling discovery (doc. 8) is GRANTED. It appearing to the Court that Defendant has failed to answer or otherwise appear in this action, and default having been entered, and it further appearing that the Complaint seeks to compel an audit of Defendant's payroll records and that production of the records and the testimony of its officer is necessary to complete the audit and to permit Plaintiffs to seek any ultimate relief by way of a money judgment that may be appropriate, and it further appearing that cause exists to accelerate the commencement of discovery pursuant to Civil Rule 26, and to compel the Defendant to respond, it is hereby ORDERED that Defendants Cleveland Industrial Concrete Floors, Inc., through an authorized officer, appear for deposition on August 5, 2013 and produce the payroll documents requested in Plaintiffs' Notice of Deposition.

                                              s/Mark R. Abel
                                              United States Magistrate Judge